Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Zurich American Insurance Company,
Fidelity and Deposit Company of Maryland,
and Colonial American Casulty and
Surety Company

*Plaintiffs*

v.

Dove Enterprises, Inc.
Barry R. McDonald
Jena L. McDonald, now known as Pruett
Brenday Pruett,
Carl W. Pruett, and
Barr Jen Hauling, Inc.

*Defendants*

Civil Action No. 3:19-cv-151

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ Judgment award    ☐ Judgment Costs    ☐ Other

the plaintiffs *(name)* Zurich American Insurance Company, Fidelity and Deposit Company of Maryland, and Colonial American Casulty and Surety Company recover from the defendants *(name)* Dove Enterprises, Inc., and Barrjen Hauling Inc. the amount of One Hundred Twenty-Three Thousand Seven Hundred Eight dollars and Sixty-Eight cents dollars ($ 123,708.65 ), which includes prejudgment interest at the rate of 4.75 %, plus post judgment interest at the rate of 0.38 % per annum, along with attorneys' fees and costs.

This action was *(check one)*:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge    Chief Judge Gina M. Groh

Date: 03/17/2020

*CLERK OF COURT*

/s/ C. Diamond

*Signature of Clerk or Deputy Clerk*