IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(Martinsburg Division)

**ZURICH AMERICAN INSURANCE COMPANY;**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND;**
**and COLONIAL AMERICAN CASUALTY**
**AND SURETY COMPANY;**

    **Plaintiffs,**

v.           Civil Action No. 3:19-cv-151
         Chief Judge Gina Groh

**DOVE ENTERPRISES, INC.;**
**BARRY R. McDONALD;**
**JENA L. McDONALD n.k.a. PRUETT;**
**BRENDA PRUETT;**
**CARL W. PRUETT;**
**and BARRJEN HAULING, INC.;**

    **Defendants.**

## NOTICE OF SETTLEMENT AND JOINT REQUEST FOR STAY

The parties, by counsel, hereby notify this Honorable Court that the Plaintiffs and Individual Defendants have reached a complete settlement of this dispute.[1] These parties have agreed that the Individual Defendants have up to 90 days from the full execution of the agreed-upon settlement agreement to tender the settlement funds and also that to secure performance of payment the Individual Defendants agree to the execution of a consent judgment order in the amount of your Plaintiffs' claim, to be held in escrow pending performance of the settlement terms, which may be tendered to the Court for entry if the payment is not made. To accomplish this settlement and final dismissal of this action in an orderly fashion, the parties jointly request that this Honorable Court (1) administratively suspend or stay this action pending notification by the parties of tender of a final dismissal order or the above-referenced consent judgment order,

---

[1] The Corporate Defendants are in default and default judgment has been entered against the Corporate Defendants. This settlement does not apply to the Corporate Defendants.

(2) enter the above-referenced consent judgment order upon presentation if this settlement funds are not provided as agreed, and (3) thereafter dismiss this action.

                                    **Zurich American Insurance Company;
Fidelity and Deposit Company of Maryland;
<u>and Colonial American Casualty and Surety Company,</u>**

                                    *By Counsel,*

| | |
|---|---|
| */s/ Eric J. Hulett* | */s/ James P. Campbell* |
| Eric J. Hulett (WVSB No. 6332) | James P. Campbell, Esq. |
| JACKSON KELLY PLLC | CAMPBELL FLANNERY PC |
| 310 W. Burke Street | 1602 Village Market Blvd. |
| Martinsburg, WV 25401 | Leesburg, VA 20175 |
| Tel: (304) 260-4942 | Tel: 703-771-8344 |
| Fax: (304) 263-7110 | Fax: 703-777-1485 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(Martinsburg Division)

ZURICH AMERICAN INSURANCE COMPANY;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND;
and COLONIAL AMERICAN CASUALTY
AND SURETY COMPANY;

      Plaintiffs,

v.                                              Civil Action No. 3:19-cv-151
                                                Chief Judge Gina Groh

DOVE ENTERPRISES, INC.;
BARRY R. McDONALD;
JENA L. McDONALD n.k.a. PRUETT;
BRENDA PRUETT;
CARL W. PRUETT;
and BARRJEN HAULING, INC.;

      Defendants.

## CERTIFICATE OF SERVICE

I, Eric J. Hulett, counsel for Plaintiffs, hereby certify that on the 17th day of August 2020, I electronically filed the foregoing *Notice of Settlement and Joint Request for Stay* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I hereby further certify that a true copy of the same was served via United States First Class Mail, postage prepaid, upon the following:

      James P. Campbell, Esquire
      CAMPBELL FLANNERY PC
      1602 Village Market Blvd.
      Leesburg, VA 20175
      Tel: 703-771-8344
      Fax: 703-777-1485
      JCampbell@CampbellFlannery.com
      *Counsel for Defendants*

      */s/ Eric J. Hulett*
      Eric J. Hulett (WVSB No. 6332)