# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**ZURICH AMERICAN INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and COLONIAL AMERICAN CASUALTY AND SURETY COMPANY,**

    Plaintiffs,

v.                                                      CIVIL ACTION NO.: 3:19-CV-151 (GROH)

**DOVE ENTERPRISES, INC.,
BARRY R. McDONALD,
JENA L. McDONALD n/k/a PRUETT,
BRENDA PRUETT, CARL W. PRUETT;
and BARRJEN HAULING, INC.,**

    Defendants.

## ORDER DISMISSING CASE

Because the Court has received notice that the parties have reached a settlement agreement on all issues in this case, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** August 18, 2020

                                                                      GINA M. GROH
                                                                      CHIEF UNITED STATES DISTRICT JUDGE